Plaintiff's Name  **CYMEYON V. Hill**
Prisoner No.  **V53300**
Institutional Address  **CSP SACRAMENTO PRISON PO BOX 290066 REPHEL(?) CA 95671**

FILED
FEB 14 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CYMEYON V. Hill**
(Enter your full name)
v.
**MR. N.R. KAY**
_____
_____
_____
(Enter the full name(s) of all defendants in this action)

Case No. **21-CV-05997-YGR**
(Provided by the clerk upon filing)

COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

**Amended Complaint**

## I. Exhaustion of Administrative Remedies.

You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement  **CSP SACRAMENTO PRISON**

B. Is there a grievance procedure in this institution?  ☒ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
   ☐ YES   ☐ NO   **NATURAL VISION 9 KOOP IS A PRIVATE OWNED BUILDING**

D. If your answer is YES, list the appeal number and the date and result of the appeal at each  **IN CELL**
   level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal:  **NO APPEAL NECESSARY CDCR CAN NOT REPRESENT A PRIVATE COMPANY**

   2. First formal level:  **NONE**
   _____
   _____

3. Second formal level: None
None
None
4. Third formal level: None

E. Is the last level to which you appealed the highest level of appeal available to you?
☐ YES    ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.
Plaintiff I'm civil detainee administrative remedies Not required

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).
Cymeyon V. Hill CSP Sacramento Prison PO Box 290066 Represa CA 95671

B. For each defendant, provide full name, official position and place of employment.
MR. NR Kay eye specialist for Natural Vision group a private company

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On around May 23, 2021 plaintiff was sent to Natural Vision group eye specialist clinic by Salinas Valley Prison medical

medical Dr. Singh for eye treatment for left eye injury trauma. After plaintiff arrived to see Dr Nr Kay eye specialist for emergency treatment defendant Dr Nr Kay refused to give plaintiff treatment yelling and screaming at plaintiff stating your mask keeps falling off your face get out of here plaintiff tried to correct the issue by pushing the covet 19 mask on facial area and the defendant Dr Nr Kay called plaintiff a nigger and refused to treat plaintiff eye injury and walked out of the doctors office plaintiff has been suffering diminished eye sight pain and dizziness and blurred vision since the incident on May 23, 2021

### IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Plaintiff request punitive damages in the amount of $2 million dollars for left eye injury

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 2-8-22

*Date*                    *Signature of Plaintiff*