UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. N.R. KAY,<br><br>            Defendant. | Case No.  1:22-cv-00929-JLT-HBK (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>Doc. No. 58 |

Pending before the Court is Defendant's motion to modify discovery and scheduling order. (Doc. No. 58, "Motion"). Defendant requests to modify the discovery and scheduling order to afford the parties sufficient time to proceed with discovery and dispositive motions, if necessary, after the Court's ruling on the Defendant's pending motion to dismiss and declare Plaintiff a vexatious litigant. (*See generally id.*).  Plaintiff filed a construed opposition to the Motion on June 12, 2023.  (Doc. No. 59).  Finding good cause, the Court grants the Motion.  Fed. R. Civ. P. 16(b)(4).  The Court modifies the deadlines in the Court's Discovery and Scheduling Order (Doc. No. 45) as follows:

Accordingly, it is **ORDERED**:

1. Deadline for completion of non-expert and expert discovery: **October 13, 2023**.

2. Deadline for any motions to compel: **October 27, 2023**.

3. Deadline to file dispositive motions: **January 12, 2024**.

4. All other provisions of the Court's Discovery and Scheduling Order (Doc. No. 45) remain in effect.

Dated:     June 14, 2023

*Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE