|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CYMEYON HILL, | Case No. 1:22-cv-00929-JLT-HBK (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S THIRD MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |
| v. |  |
| DR. N.R. KAY, | Doc. No. 64 |
| Defendant. |  |

Pending before the Court is Defendant's third motion to modify discovery and scheduling order filed August 29, 2023. (Doc. No. 64, "Motion").  Defendant requests to further modify certain deadlines remaining in the Discovery and Scheduling Order to afford the parties sufficient time to proceed with discovery and dispositive motions, if necessary, after the Court's ruling on the Defendant's pending motion to dismiss and declare Plaintiff a vexatious litigant. (*See generally id*.).  Finding good cause, the Court grants the Motion.   Fed. R. Civ. P. 16(b)(4).  The Court modifies the following deadlines in the Court's Discovery and Scheduling Order (Doc. No. 45) as follows:

Accordingly, it is **ORDERED**:

1. Defendant's third motion to modify discovery and scheduling order (Doc. No. 64) is GRANTED to the extent the following deadlines shall govern this action.

2. Deadline to complete all discovery: **January 12, 2024**.

3. Deadline to file any motion to compel: **January 24, 2024**.

4. Deadline to file dispositive motions: **April 12, 2024**.

5. All other provisions of the Court's Discovery and Scheduling Order (Doc. No. 45) remain in effect.

Dated:   September 21, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE