UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>            Plaintiff,<br><br>     v.<br><br>DAVID B. KAYE,<br><br>            Defendant. | Case No.  1:22-cv-0929 JLT HBK (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CORRECT THE DOCKET |

Cymeyon Hill seeks to hold Dr. David Kaye liable for violating his rights pursuant to 42 U.S.C. § 1983. (Doc. 15.) Upon review of the pleadings, it appears other parties were erroneously identified as defendants on the docket. Warden Jeff Lynch, Captain Conrad, and Sergeant Baker were never identified as defendants in either the initial complaint or First Amended Complaint. Furthermore, the allegations only address the actions of Dr. Kaye, and do not mention of these other individuals. (*See* Docs. 1, 15.) Accordingly, the Clerk of Court **SHALL** correct the docket and terminate Warden Lynch, Captain Conrad, and Sergeant Baker as defendants.

IT IS SO ORDERED.

Dated:   **October 13, 2023**

UNITED STATES DISTRICT JUDGE